Jenifer L. Tomchak (10127) (jen.tomchak@tomchaklaw.com)
Nicole A. Skolout (10223) (nicole.skolout@tomchaklaw.com)
TOMCHAK SKOLOUT
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Telephone:  (801) 831-4820

*Attorneys for Plaintiff Ariella Gottlieb*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| ARIELLA GOTTLIEB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRN HEALTH SERVICES LLC, a Wisconsin corporation,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:23-cv-00440-DBP<br><br>Judge Dustin B. Pead |
|---|---|

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Ariella Gottlieb, by and through her undersigned counsel, hereby voluntarily dismisses this action before the opposing party serves its answer.  Such dismissal is appropriate because the parties have resolved their dispute via settlement.  The dismissal shall be with prejudice and with each party to bear their own costs and attorneys' fees.

DATED: September 25, 2023.

/s/ Jenifer L. Tomchak
TOMCHAK SKOLOUT
Jenifer L. Tomchak

*Attorneys for Plaintiff Ariella Gottlieb*